IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

03 OCT 20 PM 4:16

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOE PIPER, INC., an Alabama corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIREMAN'S FUND INSURANCE ) <br> COMPANIES, a corporation; ) <br> THE AMERICAN INSURANCE ) <br> COMPANY, a corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. CV-03-CO-2192-S |

## ANSWER TO AMENDED COMPLAINT

Comes now the defendant named as National Surety Corporation and answers the plaintiff's Amended Complaint as follows:

1.   The plaintiff has amended its original Summons and Complaint to substitute National Surety Corporation for the defendant previously named as The American Insurance Company.

2.   The National Surety Corporation hereby adopts and incorporates all of the answers, denials and affirmative defenses previously set forth in the Answer and Counterclaim for Declaratory Judgment previously filed by the defendants, Fireman's Fund Insurance Companies and The American Insurance Company.

WHEREFORE, PREMISES CONSIDERED, this defendant denies that the plaintiff is entitled to any recovery against the defendant now named as the National Surety Corporation.

DOCSBHM\1126408\1\

_____
Robert R. Baugh
Christopher S. Berdy
Attorneys for Defendant
FIREMAN'S FUND INSURANCE COMPANIES

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States, postage prepaid, and properly addressed on this 20<sup>rt</sup> day of October, 2003 as follows:

Bruce L. Gordon, Esq.
Brock G. Murphy, Esq.
Gordon & Associates
600 University Park Place, Suite 350
Birmingham, AL  35209

_____
Of Counsel